## Nachman, Appellant, *v.* Nachman.

Argued March 16, 1965. *Stanley M. Greenberg,* with him *Leonard M. Sagot,* for appellant; *Goncer M. Krestal,* with him *Marvin Comisky,* and *Blank, Rudenko, Klaus & Rome,* for appellee.

Order affirmed.

WRIGHT and WATKINS, JJ., dissent.

FLOOD, J., absent.

## Reifsnyder, Appellant, *v.* Sinking Spring Veterans' Home Association.

Argued March 16, 1965. *Alvin A. Woerle,* with him *Ruth, Weidner, Woerle & Yoder,* for appellant; *Richard A. Bausher,* with him *Stevens & Lee,* for appellee.

Order affirmed.

MONTGOMERY, J., would affirm on the opinion of the court below.

HOFFMAN, J., would reverse.

FLOOD, J., absent.

## Smith *v.* Smith, Appellant.

Argued March 16, 1965. *William A. Goichman,* for appellant; *David Kanner,* for appellee.

Order affirmed.

FLOOD, J., absent.